United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THUNDER KUNGFU ACADEMY LLC,
Plaintiff,

v.

ATTORNEY GENERAL OF THE UNITED STATES, et al.,
Defendants.

Case No. 26-cv-01402-KAW

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 9

On February 17, 2026, Plaintiff Thunder Kungfu Academy, LLC filed the instant petition for writ of mandamus. (Dkt. No. 1.) On April 13, 2026, Plaintiff filed a proof of service, stating that the petition for writ of mandamus was mailed on February 19, 2026. (Dkt. No. 8.) Since then, Plaintiff has taken no action in this case.

On August 20, 2026, the Court ordered Plaintiff to file a status report as to the current state of the case. (Dkt. No. 9.) The Court also observed that Plaintiff had not sought or received a summons in the case. (*Id.*)

To date, Plaintiff has not filed a status report. Accordingly, the Court ORDERS Plaintiff to show cause, by **September 24, 2026**, why this case should not be dismissed for failure to prosecute. Failure to respond may result in the Court reassigning this case to a district judge with the recommendation that the case be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: September 9, 2026

KANDIS A. WESTMORE
United States Magistrate Judge